**EXHIBIT F**



June 8, 2016

Scott Clark
Managing Director
Oppenheimer & Co. Inc.
85 Broad St, 23rd Floor
New York, NY 10004


Keyvan Samini
Chief Financial and Strategy Officer
Morfis Semiconductor, Inc.
36 Technology Drive, Suite 280
Irvine CA, 92618


Dear Keyvan:

I hope all is well with you. Congratulations on the sale of RFaxis' product lines to Skyworks. As the transaction was consummated within the tail period of Oppenheimer's engagement with RFaxis, please find attached an invoice for the transaction fee and expenses due to Oppenheimer from RFaxis under the terms of the engagement letter.

Please let me know if you have any questions.

Sincerely,

Scott Clark

Scott Clark



Cc: Mike Neshat, CEO

Oppenheimer & Co. Inc.
85 Broad Street, 4th Floor
New York, NY 10004

June 7, 2016

RFaxis Inc
7595 Irvine Center Drive, Suite 200
Irvine, CA 92618

Attention:    Mike Neshat
              Chairman & CEO

## INVOICE # RFA11002- 060216

- **Transaction Fee (Pursuant to agreement on June 24th 2014 & September 24th 2014)**[1]                                    $ 750,000.00
- **Out Of Pocket Expenses (Pursuant to agreement on June 24th 2014 & September 24th 2014)**
    Total Out Of Pocket Expenses                                33,577.27
    Less: Engagement Fee Credited Against Expenses             ($12,500.00)
    Out Of Pocket Expenses Remaining Balance                   $21,077.27

**Total Amount Due**                                           $ 771,077.27

---

(1) Amount reflects minimum fee and is subject to increase based on the establishment of "Transaction Value" as defined in the engagement letter.

Tax I.D. #13-*5657518*

Or wire funds to:
US BANK, N.A.
ST LOUIS MO 63101
ABA #: 081-000-210
SWIFT # USBKUS44
BEN Name: OPPENHEIMER & CO. INC
BEN A/C #: **152310861124**
Details of Payment: F/B/O
(Please include the below information on the wire detail area for the reference)
Acct #: **X98-0857005-00**, SYNDICATE CONTROL
Deal/Customer Name: RFaxis Inc



Oppenheimer & Co. Inc.
85 Broad Street
New York, NY  10004

Transacts Business on all Principal Exchanges

June 8, 2016

Scott Clark
Managing Director
Oppenheimer & Co. Inc.
85 Broad St, 23rd Floor
New York, NY 10004


Keyvan Samini
Chief Financial and Strategy Officer
RFaxis, Inc.
7595 Irvine Center Drive, Suite 200
Irvine, CA 92618


Dear Keyvan:

I hope all is well with you.  Congratulations on the sale of RFaxis' product lines to Skyworks.  As the transaction was consummated within the tail period of Oppenheimer's engagement with RFaxis, please find attached an invoice for the transaction fee and expenses due to Oppenheimer from RFaxis under the terms of the engagement letter.

Please let me know if you have any questions.

Sincerely,

*Scott Clark*

Scott Clark




Cc: Mike Neshat, CEO

Oppenheimer & Co. Inc.
85 Broad Street, 4th Floor
New York, NY 10004

June 7, 2016

RFaxis Inc
7595 Irvine Center Drive, Suite 200
Irvine, CA 92618

Attention:   Mike Neshat
             Chairman & CEO

## INVOICE # RFA11002- 060216

| | |
|---|---:|
| • **Transaction Fee (Pursuant to agreement on June 24th 2014 & September 24th 2014)**[1] | $ 750,000.00 |
| • **Out Of Pocket Expenses (Pursuant to agreement on June 24th 2014 & September 24th 2014)** | |
|     Total Out Of Pocket Expenses | 33,577.27 |
|     Less: Engagement Fee Credited Against Expenses | ($12,500.00) |
|     Out Of Pocket Expenses Remaining Balance | $21,077.27 |
| **Total Amount Due** | $ 771,077.27 |

(1) Amount reflects minimum fee and is subject to increase based on the establishment of "Transaction Value" as defined in the engagement letter.

Tax I.D. #13-*5657518*

Or wire funds to:
US BANK, N.A.
ST LOUIS MO 63101
ABA #: 081-000-210
SWIFT # USBKUS44
BEN Name: OPPENHEIMER & CO. INC
BEN A/C #: **152310861124**
Details of Payment: F/B/O
(Please include the below information on the wire detail area for the reference)
Acct #: **X98-0857005-00**, SYNDICATE CONTROL
Deal/Customer Name: RFaxis Inc